UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CURTIS GARRY WILLIAMS,

                Plaintiff,

      -against-

ALEJANDRO MAYORKAS, *Secretary of the United States Department of Homeland Security, et al.*,

               Defendants.
------------------------------------------------------------------X

24-CV-5512 (GHW) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties' are directed to meet and confer and file an initial case management plan on or before **Friday, September 6, 2024**.

      The initial conference currently scheduled for November 7, 2024 at 4:00 p.m. is hereby CANCELED.

      **SO ORDERED.**

DATED:    New York, New York
             August 16, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge